<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

————————

**No. 00-6876**

————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

STEVE ALLEN STEELMAN,

                              Defendant - Appellant.

————————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, District Judge.  (CR-94-11-V, CA-97-107-5-1-V)

————————

Submitted:  December 14, 2000      Decided:  December 19, 2000

————————

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Steve Allen Steelman, Appellant Pro Se.  Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steve Allen Steelman seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Steelman, Nos. CR-94-11-V; CA-97-107-5-1-V (W.D.N.C. May 8, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on April 28, 2000, the district court's records show that it was entered on the docket sheet on May 8, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).